Opinion issued April 15, 2010

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-10-00283-CV






IN RE BARBARA REGINA SCHLEIN, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, Barbara Regina Schlein, challenges
the trial court's denial of her motion to disqualify. 

We deny the petition for writ of mandamus. 

 

Per Curiam 


Panel consists of Chief Justice Radack and Justices Alcala and Higley. 


1. The underlying case is In The Matter of The Marriage of Barbara Regina Schlein
and Robert John Schlein, No. 08FD2371 in the County Court at Law Number Two,
Galveston County, Texas, the Hon. C. G. Dibrell, presiding.